IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK ANTHONY ARMIJO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 2:24-cv-00883-SMD/KRS

US LBM OPERATING CO.
3009, LLC as successor in interest to
FOXWORTH-GALBRAITH LUMBER COMPANY,
and ORGILL, INC.,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY AND MOTIONS RELATING TO FACT DISCOVERY

THIS MATTER is before the Court on the parties Stipulated Motion to Extend Deadline for Fact Discovery and Motions Relating to Fact Discovery ("Stipulated Motion"), (Doc. 48), filed July 30, 2025. The parties ask to extend their fact discovery deadline until September 1, 2025, and motions relating to fact discovery to September 30, 2025, to permit time for fact witness depositions, including 30(b)(5) corporate representative depositions. Having considered the parties' Stipulated Motion and the record of this case, the Court GRANTS the Stipulated Motion.

IT IS THEREFORE ORDERED that the fact discovery deadlines in the Scheduling Order, (Doc. 31), are extended as follows: fact discovery due by September 1, 2025; and motions relating to fact discovery are due by September 30, 2025.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE