IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK ANTHONY ARMIJO,

    Plaintiff,

v.                                      Case No.: 2-24-cv-00883 SMD-KRS

US LBM OPERATING CO.
3009, LLC as successor in interest to
FOXWORTH-GALBRAITH LUMBER COMPANY,
and ORGILL, INC.,
    Defendant.

## STIPULATED ORDER EXTENDING DEADLINE FOR FACT AND EXPERT DISCOVERY AND MOTIONS

This Matter having come before the Court upon the motion of the Parties, and the Court, having determined that the parties are in agreement, hereby finds that there is good cause to extend certain pretrial deadlines.

Wherefore, it is hereby ordered:

1. The deadline for Defendants' expert reports currently set for December 16, 2025, is extended and reset for **January 15, 2026**.

2. The fact discovery deadline currently set for December 31, 2025, is extended and reset for **January 30, 2026**.

3. The deadline for motions related to fact discovery set for January 21, 2026, is extended and reset for **February 20, 2026**.

4. The deadline for expert discovery currently set for January 30, 2026, is extended and reset for **February 27, 2026**.

5. The deadline for motions related to expert discovery currently set for March 4, 2026, is extended and reset for **April 3, 2026**.

2

6. The deadline for dispositive and *Daubert* motions currently set for March 16, 2026, is extended and reset for **April 17, 2026**.

IT IS SO ORDERED this 5th day of January, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE